UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:04CV-81-R

CECIL MCMURTRY, M.D.                                                                                    PLAINTIFF

v.

THOMAS A. WISEMAN, III,
EDWARD A. HADLEY and
GIDEON & WISEMAN, a Tennessee partnership
DEFENDANTS

## OPINION & ORDER

The Defendants filed a Motion in Limine to admit the district court opinion of the Honorable John Heyburn II ("Judge Heyburn") in the case of the underlying litigation to demonstrate that Paul Revere Agent Steven Botts ("Botts") was reasonable in his interpretation of the insurance policy in question (Docket #111). The Plaintiff, Dr. Cecil McMurtry, filed a response requesting that the Defendants not be permitted to admit into evidence Judge Heyburn's opinion (Docket #170). The Defendants have responded (Docket #174). This matter is ripe for adjudication. For the following reasons, the Defendants' motion is **DENIED**.

The Defendants contend that the purpose of admitting Judge Heyburn's opinion into evidence would be to counter the admission of the Sixth Circuit Court of Appeals decision that interpreted the policy differently from Botts and Judge Heyburn. However, the Plaintiff has stated that he will not admit the decision of the Sixth Circuit Court of Appeals in the underlying matter. As such, the Court does not see the relevance under Federal Rule of Evidence 702 of permitting the admittance of Judge Heyburn's opinion into evidence for the underlying litigation. Botts' interpretation of the policy came before Judge Heyburn issued his opinion in the underlying case, and therefore, Botts could not have taken that opinion into consideration when

he initially interpreted the policy. Accordingly, Judge Heyburn's opinion is not relevant to the underlying litigation. This does not preclude its relevance to the legal malpractice claim.

**IT IS SO ORDERED:**

The Defendants' Motion in Limine is **DENIED**.